**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

RUSSELL MURPHY,

    Plaintiff,

v.                                     Case No.  6:18-cv-00229-REW

SYNCHRONY BANK,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Russell Murphy, through his undersigned attorney, hereby files this *Notice of Voluntary Dismissal With Prejudice* in the above-captioned matter.

                        Respectfully submitted,

                        */s/ Octavio Gomez*
                        Octavio Gomez
                        Florida Bar No. 0338620
                        MORGAN & MORGAN, PA
                        201 North Franklin Street, 7th Floor
                        Tampa, Florida 33602
                        Telephone: (813) 225-5505
                        Facsimile:  (813) 222-2490
                        TGomez@ForThePeople.com
                        JessicaK@ForThePeople.com
                        *Attorney for Plaintiff- Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                             */s/ Octavio Gomez*
                                             Octavio Gomez